UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


BOBBY L. CRAWFORD,                      )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )      NO.:  2:10-CV-251
                                        )
CAROLYN W. COLVIN,                      )
Commissioner of Social Security         )
                                        )
            Defendant.                  )

## ORDER

After consideration of the Report and Recommendation of the United States Magistrate

Judge, [Doc. 29], concerning plaintiff's application for attorney's fees, [Doc. 23 as amended by

Docs. 25 and 27]], under Title 42 United States Code section 406(b), it is hereby ORDERED that

the Report and Recommendation is ADOPTED and APPROVED and that the plaintiff's motion

is GRANTED, [Doc. 23].  Accordingly, it is hereby ORDERED a fee in the amount of $3,125.00

be awarded.

            ENTER:


                                        _____
                                        s/J. RONNIE GREER
                                        UNITED STATES DISTRICT JUDGE